UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WORLDWIDE AIRCRAFT
SERVICES, INC., d/b/a JET
I.C.U.,

   Plaintiff,       CASE NO.:

vs.

CIGNA HEALTH AND LIFE
INSURANCE COMPANY and
OPPENHEIMER & CO., INC.,
EMPLOYEE BENEFIT PLAN,

   Defendants.
_____/

## COMPLAINT

### STATEMENT OF THE CASE

1. This is an action for damages, equitable relief and attorney fees and costs under the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. § 1001, et seq., specifically 29 U.S.C. § 1132(a)(1)(b).

### JURISDICTION AND VENUE

2. This Court has jurisdiction of Plaintiff's federal law claims pursuant to 28 U.S.C. §§ 1331 and 1337, as well as 29 U.S.C. § 1132(e).

1

3. Venue is proper in this district, pursuant to 28 U.S.C. §§ 1391(b) and (c), as well as 29 U.S.C. § 1132(e)(2), because this district is where the breach took place and/or the district where the defendant(s) reside or may be found.

## PARTIES AND GENERAL ALLEGATIONS

4. At all times relevant hereto the Plaintiff, WORLDWIDE AIRCRAFT SERVICES INC. d/b/a/ JET I.C.U. (hereinafter "JET ICU"), was and continues to be a duly authorized provider, both domestically and internationally, of medical air transport services.

5. At all times relevant hereto the Insured, G.B., was an employee of OPPENHEIMER & CO., INC. (hereinafter "OPPENHEIMER"), his employer, as those terms are defined in 29 U.S.C. §§ 1002(5) and (6).

6. At all times relevant hereto G.B.'s employer, OPPENHEIMER, was the plan "sponsor" as these terms are defined by 29 U.S.C. §§ 1002(16)(A) and (B).

7. G.B. was covered under the OPPENHEIMER & CO., INC., EMPLOYEE BENEFIT PLAN, an Employee Welfare Benefit Plan that included health insurance benefits (hereinafter "THE PLAN").

8. At all times relevant hereto G.B. was a participant in and a beneficiary of THE PLAN, and health insurance premiums required under THE PLAN had been fully paid or otherwise satisfied.

9. At all times relevant hereto Defendant, CIGNA HEALTH AND LIFE INSURANCE COMPANY (hereinafter "CIGNA"), was the plan "administrator" of THE PLAN, and a "fiduciary" as those terms are defined by 29 U.S.C. §§ 1002 (16) and (21).

## ACTION TO RECOVER PLAN BENEFITS PURSUANT TO 29 U.S.C. § 1132(a)(1)(B)

10. On or about December 29, 2019, G.B. suffered a life-threatening medical condition while in Oranjestad, Aruba.

11. On or about December 30, 2019, JET ICU provided G.B. with covered emergency air medical transport services from Oranjestad, Aruba to Fort Lauderdale, Florida.

12. G.B.'s medical benefits under THE PLAN, including air ambulance benefits, were assigned to JET ICU as G.B.'s beneficiary.

13. At all times relevant hereto THE PLAN provided for payment of health benefits and insurance, including air medical transport services, under the terms of THE PLAN.

14. Defendants, CIGNA and THE PLAN, failed and refused to pay Plaintiff benefits for the covered medical transport services under the terms of the Plan.

15. At all times relevant hereto, the business practices of CIGNA created a conflict of interest between its fiduciary duties to Plaintiff and its interest in maximizing profits.

3

16. Plaintiff and G.B. have filed, or caused to be filed, proofs of claim and performed all other conditions precedent to recovering benefits under THE PLAN for the loss or losses herein claimed and has exhausted all appropriate administrative remedies prior to filing this action. Alternatively, any further administrative remedies would be futile.

17. Plaintiff is entitled to recover attorney's fees and costs of litigation from Defendants, CIGNA and THE PLAN, as authorized by 29 U.S.C. § 1132(g).

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an order granting relief from Defendants for benefits due under THE PLAN, pursuant to 29 U.S.C. § 1132(a)(1)(B) and award attorney's fees and costs of litigation pursuant to 29 U.S.C. § 1132(g).

Dated this ___ day of _____, 2021.

s/Paul S. Kimsey
PAUL S. KIMSEY
Bar No.: 988472
Attorney for Plaintiff
KIMSEY LAW FIRM, P.A.
4012 Gunn Hwy., Suite 140
Tampa, FL 33618
Telephone: (813) 549-1001
Facsimile: (813) 265-1752
E-mail: pkimsey@kimseylaw.com
